# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149699

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC: 149699
                                        COA: 320166
                                        Shiawassee CC: 77-004516-FH

MARK STEVEN DAWSON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 27, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Montgomery v Louisiana*, cert gtd ___ US ___; ___ S Ct ___; ___ L Ed 2d ___ (2015), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



s0420

                                  Clerk